UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JENNIFER G. and CHARLES G.,

    Plaintiffs,

  v.

ART CENTER INC., d/b/a NORTHWEST COLLEGE OF ART, et al.,

    Defendants.

CASE NO. C04-5011JLR

ORDER

The court has reviewed Plaintiff's Motion for Reconsideration (Dkt. # 152). Pursuant to Local Rules W.D. Wash. CR 7(h)(1), motions for reconsideration are disfavored, and will ordinarily be denied unless there is a showing of (a) manifest error in the prior ruling, or (b) facts or legal authority which could not have been brought to the attention of the court earlier, through reasonable diligence.  Because Plaintiff has not made either showing with regard to the court's ruling on this issue (Dkt. # 148), the Motion for Reconsideration (Dkt. # 152) is DENIED.

Dated this 23rd day of June, 2005.

JAMES L. ROBART
United States District Judge

ORDER